UAO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| CONCEPCION PALOMO | CASE NUMBER: 08 cr 2218-DMS |

I, <u>CONCEPCION PALOMO</u>, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7/3/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer